```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| JUNE DRAKE, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :    CASE NO.  3:12cv1304(DFM) |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
|     Defendant. | : |

                              ORDER

On September 9, 2012, the plaintiff, proceeding pro se, filed this action seeking judicial review of an unfavorable decision by the Commissioner of Social Security.  The defendant filed his Answer and a copy of the Administrative Record on January 17, 2013.  The plaintiff's dispositive motion was due April 30, 2013.  (Doc. #12.)  To date, the plaintiff has not filed her motion.  The plaintiff shall file her motion by May 29, 2013.  The plaintiff is advised that if she fails to do so, the complaint will be subject to sanctions, including dismissal.

    SO ORDERED at Hartford, Connecticut this 9th day of May, 2013.

```
                         _____/s/_____
                         Donna F. Martinez
                         United States Magistrate Judge
```